FILED

2019 AUG 14 PM 4: 52

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL BAILEY
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Arizona State Bar No. 010547
KEVIN C. HAKALA
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Bev.Anderson@usdoj.gov
Email: Kevin.Hakala@usdoj.gov
ALICIA H. COOK
Trial Attorney
DEPARTMENT OF JUSTICE
NATIONAL SECURITY DIVISION
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: 202-514-0110
Email: Alicia.Cook2@usdoj.gov
Attorneys for Plaintiff

CR19-02162 TUC-JGZ(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Ahmed Mahad Mohamed and
Abdi Yemani Hussein,

        Defendants.

I N D I C T M E N T

Violations:

18 U.S.C. § 2339B
(Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization)
Count 1

18 U.S.C. §§ 2339B and 2
Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization
Count 2

18 U.S.C. §§ 981(a)(1)(C) and (G); 28 U.S.C. § 2461
(Forfeiture Allegation)

THE GRAND JURY CHARGES:

///

///

## COUNT 1

From a time unknown to the Grand Jury to on or about July 26, 2019, in the District of Arizona and elsewhere, defendants AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely themselves and each other, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B.

## COUNT 2

From a time unknown to the Grand Jury to on or about July 26, 2019, in the District of Arizona and elsewhere, AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely themselves and each other, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and knowing that ISIS had engaged in, and was engaging in, terrorist activity and terrorism.

In violation of Title 18, United States Code, Sections 2339B and 2.

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, defendants, AHMED MAHAD MOHAMED and ABDI YEMANI HUSSEIN, shall forfeit to the United States:

1) pursuant to Title 18, United States Code Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses; and

2) pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), any and all assets, foreign and domestic, of the defendants; any and all assets, foreign and domestic, affording the defendants a source of influence over any entity or organization engaged in planning or perpetrating any Federal crime of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5); any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5); any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5).

The property to be forfeited includes, but is not limited to $10,002 in U.S. currency.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G) and Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /

Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

Beverly K. Anderson
Kevin C. Hakala
Assistant United States Attorneys
Dated: August 14, 2019