T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshart@dakotacom.net

Attorney for Defendant Mohamed

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:19-cr-02162-JGZ-EJM |
| vs. | ) | MOTION TO WITHDRAW |
| Ahmed Mohad Mohamed, | ) | |
| Defendants. | ) | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(1)(D), may occur as a result of this Motion or from an Order based thereon. T.S. Hartzell, attorney for Ahmed Mohamed, hereby moves to withdraw from representation of Mr. Mohamed. This motion is filed at the request of Ahmed Mohamed, who is seeking appointment of different counsel.

Dated December 9, 2021.

/s T.S. Hartzell
T.S. Hartzell,
Attorney for Ahmed Mohamed