Law Offices
Adam N. Bleier, P.C.
**Adam N. Bleier**
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701
Phone: (520) 319-0785
Email:adam@adambleierlaw.com
State Bar No. 022122

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States, | 4:19-CR-02162-JGZ-EJM |
| Plaintiff, | |
| vs. | **MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER** |
| Ahmed Mahad Mohamed, | |
| Defendant. | |

It is not expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

The Defendant, AHMED MAHAD MOHAMED, through undersigned counsel, Adam N. Bleier, Adam N. Bleier, P.C., hereby moves this Court to schedule a status conference in this matter to discuss the Protective Order (hereinafter "PO") regarding Government's Disclosure. Dkt. 43.

On July 15, 2022, Counsel informed via email the assigned magistrate's chambers of unintentional violations of the order's requirements pertaining to audio recordings of meetings between the defendants and the undercover FBI (hereinafter "UC") agent in this case. The Government is seeking additional information regarding what happened, and Counsel believes it best to address it with the Court.

1

Furthermore, Counsel believes the Court order is too restrictive in that it prohibits him from sharing the recordings with appointed experts and from permitting the Defendant to hear such recordings outside the confines of counsel's physical office space or a secure location provided by the Government. Counsel would like to discuss reasonable modifications of these provisions of the Protective Order.

**RESPECTFULLY SUBMITTED** this 18th day of July 2022.

*/s/ Adam N. Bleier*

Adam N. Bleier
Counsel for Defendant.

Original of the foregoing filed this date with the Clerk of the U.S. District Court.

A copy of the foregoing delivered electronically this date to:

Beverly Anderson, Esq.
Kevin Charles, Hakala, Esq.
John Cella, Esq.
U.S. Attorney's Office
405 W. Congress, Suite 4800
Tucson, Arizona 85701

Dan Cooper, Esq.
Attorney for Co-Defendant