Law Offices
Adam N. Bleier, P.C.
**Adam N. Bleier**
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701
Phone: (520) 319-0785
Email:adam@adambleierlaw.com
State Bar No. 022122

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States, | ) | |
|---|---|---|
| | ) | 4:19-CR-02162-JGZ-EJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO RESET STATUS** |
| | ) | **CONFERENCE AND PERMIT TELEPHONIC** |
| Ahmed Mahad Mohamed, | ) | **ATTENDANCE OF CO-COUNSEL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is not expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

The Defendant, AHMED MAHAD MOHAMED, through undersigned counsel, Adam N. Bleier, Adam N. Bleier, P.C., hereby moves this Court to reset the status conference as Counsel is in trial in Tucson City Court at the time currently set. Counsel also moves this Court to permit Ms. Shroff, who lives in New York, NY, to attend the status conference telephonically.

Counsel has conferred with the parties regarding available dates. The following times work for the parties: August 1 in the afternoon, August 2 in the afternoon, and August 4 in the afternoon. Counsel can provide other times to the Court if it is not available.

For these reasons, Mr. Mohamed respectfully requests that this Court reset the status conference and permit Ms. Shroff to appear telephonically.

1

**RESPECTFULLY SUBMITTED** this 20ᵗʰᵗʰᵗʰ day of July 2022.

*/s/ Adam N. Bleier*
_____
Adam N. Bleier
Counsel for Defendant.

Original of the foregoing filed this date with the Clerk of the U.S. District Court.

A copy of the foregoing delivered electronically this date to:

Beverly Anderson, Esq.
Kevin Charles, Hakala, Esq.
John Cella, Esq.
U.S. Attorney's Office
405 W. Congress, Suite 4800
Tucson, Arizona 85701

Dan Cooper, Esq.
Attorney for Co-Defendant