Law Offices
Adam N. Bleier, P.C.
**Adam N. Bleier**
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701
Phone: (520) 319-0785
Email:adam@adambleierlaw.com
State Bar No. 022122

**Sabrina P Shroff**
Law Office of Sabrina P Shroff
80 Broad St., 19th Fl.
New York, NY 10004
646-763-1490
sabrinashroff@gmail.com
Pro Hac Vice

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,                              ) | |
|                          Plaintiff,         ) | 4:19-CR-02162-JGZ-EJM |
|                                             ) | |
| vs.                                         ) | **MOTION TO VACATE PRETRIAL** |
|                                             ) | **MOTIONS AND RELATED DEADLINES** |
| Ahmed Mahad Mohamed,                        ) | |
|                                             ) | |
|                          Defendant.         ) | |
| _____ ) | |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

The Defendant, AHMED MAHAD MOHAMED, through undersigned counsel, Adam N. Bleier, Adam N. Bleier, P.C., and Sabrina P. Shroff, Law Office of Sabrina P. Shroff, hereby moves this Court to vacate the Pretrial Motions deadline – currently September 2, 2022 – and all other court-imposed deadlines for a brief period of time until Defendant's Motion to Continue can be heard by this Court and new deadlines imposed.

1

1     The Government, through AUSA Beverly Anderson and the co-defendant, Mr. Hussein,

2 through Dan Cooper, Esq., do not object to this Motion.

3                    **RESPECTFULLY SUBMITTED** this 24th day of August 2022.

4

5                                          */s/ Adam N. Bleier*

6                                          _____
                                           Adam N. Bleier
                                           Counsel for Defendant

7                                          */s/ Sabrina Shroff*

8                                          _____
                                           Sabrina Shroff
9                                          Counsel for Defendant

10

11 Original of the foregoing filed
   this date with the Clerk of the
12 U.S. District Court.

13 A copy of the foregoing delivered
   electronically this date to:
14
   Beverly Anderson, Esq.
15 Kevin Charles, Hakala, Esq.
   John Cella, Esq.
16 U.S. Attorney's Office
   405 W. Congress, Suite 4800
17 Tucson, Arizona 85701

18 Dan Cooper, Esq.
   Amy Krause, Esq.
19 Attorney for Co-Defendant

20

21

22

23

24                                         2

*ADAM N. BLEIER, P.C.*
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701