# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-02162-001-TUC-JGZ (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Ahmed Mahad Mohamed, | |
| Defendant. | |

The Court has received Defendant Mohamed's Notice Regarding Defendant's Presence at Hearing on Motion to Continue Trial. (Doc. 190.) Defendant Mohamed advises the Court that he does not wish to be transported to the hearing on the Motion to Continue.

Accordingly,

**IT IS ORDERED** that the U.S. Marshals Service is directed not to transport Defendant Mohamed to the Motion Hearing on September 22, 2022.

Dated this 7th day of September, 2022.

Honorable Jennifer G. Zipps
United States District Judge