IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-02162-001-TUC-JGZ |
|---|---|
| Plaintiff, | **ORDER OF JUDICIAL REMOVAL** |
| vs. | |
| (1) Ahmed Mahad Mohamed, | |
| Defendant. | |

Upon the application of the United States of America, by Assistant United States Attorneys M. Bridget Minder, Liza M. Granoff, and Christopher A. Brown for the District of Arizona; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Ahmed Mahad Mohamed ("the defendant"), and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Somalia and a citizen of Somalia.

3. The defendant was admitted to the United States as a refugee on or about January 14, 2014.

4. On or about September 23, 2015, the defendant adjusted status from that of a refugee to a lawful permanent resident.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, District of Arizona, of Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18,

United States Code, Section 2339B.

6. The maximum sentence for a violation of 18 U.S.C. § 2339B is 20 years of imprisonment.

7. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Immigration and Nationality Act, Section 237(a)(4)(B) [8 U.S.C. § 1227(a)(4)(B)], any noncitizen described in INA § 212(a)(3)(B)(i)(I) [8 U.S.C. § 1182(a)(3)(B)(i)(I)].

8. The defendant has waived his right to notice and a hearing under Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

IT HEREBY ORDERED, pursuant to Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), that the defendant be removed from the United States to Somalia.

Dated this  10th  day of   January   , 2025.

_____
HONORABLE JENNIFER G. ZIPPS
Chief United States District Judge
District of Arizona